■ COMPTON ADVERTISING, INC., Appellant-Respondent, v MADISON-59TH STREET CORP. et al., Respondents-Appellants.—Judgment, Supreme Court,

New York County, entered on November 3, 1977, unanimously affirmed on the opinion of Fein, J., without costs and without disbursements. (See 91 Misc 2d 768.) Concur—Murphy, P. J., Birns, Silverman, Evans and Markewich, JJ.